EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
TIMOTHY J. MCDONOUGH, State Bar No. 235850
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5606
 Fax:  (415) 703-5843
 Email:  Tim.McDonough@doj.ca.gov

Attorneys for Defendant G. Renaud

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **REGGIE PERKINS,**<br><br>                                         Plaintiff,<br><br>v.<br><br>**CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT J-TEAM; SERGEANT M. MALONE, DEPUTIES K. WESTERMANN, R. ROBERTS, AND R. FULLER, DETECTIVE J. MOORE, A. GARIBAY AND LEIU AGENT G. RENAUD,,**<br><br>                                         Defendants. | C 07-2013 CW<br><br>**[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF REGGIE PERKINS, CDCR No. J-24040** |

   Plaintiff, **REGGIE PERKINS, CDCR No. J-24040**, a necessary and material witness in proceedings in this case **beginning on May 22, 2009, at 9:00 a.m.**, is confined at the California Correctional Center (Susanville, CA) in the custody of the Warden.  In order to secure this inmate's attendance at the settlement conference scheduled for May 22, 2009 at California State Prison, Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of **Reggie Perkins, CDCR No. J-24040**, to produce said inmate at

1 | **California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95687, the**
2 | **Honorable Nandor Vadas presiding, beginning on May 22, 2009, at 9:00 a.m.**
3 | **ACCORDINGLY, IT IS ORDERED that:**
4 | 1.   A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court,
5 | commanding the Warden of the California Correctional Center and the California Department of
6 | Corrections and Rehabilitation to produce inmate **REGGIE PERKINS, CDCR No. J-24040**,
7 | for a settlement conference at California State Prison, Solano, at the time and place above, until
8 | completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to
9 | the California Correctional Center.
10 | 2.   The custodian is ordered to notify the Court of any change in custody of this inmate
11 | and is ordered to provide the new custodian with a copy of this writ.
12 | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
13 | To:  The Warden of the California Correctional Center,
14 | **YOU ARE COMMANDED** to produce inmate **REGGIE PERKINS, CDCR No. J-**
15 | **24040**, for a settlement conference at California State Prison, Solano at the time and place above,
16 | until completion of the proceedings or as ordered by the Court, and thereafter to return the
17 | inmate to the California Correctional Center.
18 | **FURTHER**, you have been ordered to notify the Court of any change in custody of this
19 | inmate and to provide the new custodian with a copy of this writ.
20 | **IT IS SO ORDERED.**
22 | Dated:  April 28, 2009
23 |                                                                                            Nandor Vadas
                                                                                     Magistrate Judge



26 | 20196306.wpd
27 | SF2009201857

[Proposed] Order & Writ of Habeas Corpus Ad Testificandum to Transport Inmate   Perkins v. CCC Sheriff's Dept., et al.
C 07-2013 CW

2