IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE PERKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT J-TEAM, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-02013 CW (PR)<br><br>ORDER REFERRING CASE TO FEDERAL PRO BONO PROJECT AND APPOINTING COUNSEL FOR INITIAL FORTY-FIVE DAY PERIOD |

    The Court having determined that it would be beneficial to have counsel assist Plaintiff in this matter and having located volunteer counsel willing to be appointed to represent Plaintiff for an initial forty-five day period,

    IT IS HEREBY ORDERED that Plaintiff's excessive force claim against Defendants Malone, Fuller, Renaud and Moore shall be referred to the Court's Federal Pro Bono Project, and that Jon B. Streeter, Esq. (SBN 101970), Asim M. Bhansali, Esq. (SBN 194925), and Paven Malhotra, Esq. (SBN 258429) of Keker & Van Nest LLP, are appointed as counsel for Plaintiff in this matter for an initial forty-five day period pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

    The Clerk of the Court shall send a copy of this Order to Mr. Streeter at Keker & Van Nest LLP, 710 Sansome Street, San Francisco, California 94111.  The Clerk of the Court shall also send a copy of this Order to Plaintiff, and to Defendants' counsel.

    Trial is currently set for December 14, 2009, and the final pre-trial conference is set for November 17, 2009 at 2:00 p.m. in Courtroom 2, Fourth Floor, 1301 Clay Street, Oakland, California.

This action shall be stayed for <u>forty-five (45) days</u> from the date of this Order.  No later than <u>seven (7) days</u> after the forty-five day period, Mr. Streeter shall inform the Court in writing if he and the two other attorneys named above will be accepting appointment.  If they accept appointment, they will be appointed as counsel for Plaintiff in this matter until further order of the Court.  If they wish to move for a continuance of the trial to June, 2010, it will be granted.

IT IS SO ORDERED.

DATED: 10/23/09

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

REGGIE PERKINS,

        Plaintiff,

v.

CONTRA COSTA COUNTY et al,

        Defendant.

Case Number: CV07-02013 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bernard Louis Knapp
County Counsel's Office
651 Pine Street, 9th Floor
Martinez, CA 94553

Reggie Perkins J-24040
44-Bed #04
P.O. Box 2400
Susanville, CA 96127

Timothy J. McDonough
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

Jon Streeter
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94102

Dated: October 23, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

3