KEKER & VAN NEST LLP
ASIM M. BHANSALI - #194925
PAVEN MALHOTRA - #258429
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
abhansali@kvn.com
pmalhotra@kvn.com

Attorneys for Plaintiff Reggie Perkins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Reggie Perkins,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Contra Costa County Sheriff's Department J-Team, et al.,<br><br>　　　　Defendants. | Case No. C 07-02013 CW (PR)<br><br>STIPULATION AND [PROPOSED] ORDER RE TRIAL DATE<br><br>Judge:　Hon. Claudia Wilken<br><br>Date Comp. Filed:　April 10, 2007 |

## STIPULATION

In its October 23, 2009 Order, the Court indicated it would continue the trial in *Perkins v. Contra Costa County Sheriff's Department J-Team, et al.*, Case No. C-07-02013 CW, to June 2010 if counsel for Plaintiff so moved. Counsel for Plaintiff and Defendants have conferred and hereby stipulate that the trial in the above-captioned matter shall be continued to June 7, 2010, or to a later date convenient to the Court, with the understanding that Counsel for Defendants Malone, Fuller, and Moore is unavailable from June 18 to July 5, 2010.

Dated: 12/16/09

_Monika Cooper_
Monika Cooper
*Attorney for Defendants Malone, Fuller, and*

Dated: 12-16-09

_Timothy J. McDonough_
Timothy J. McDonough
*Attorney for Defendant Renaud*

1
Joint Stipulation and [Proposed] Order Re Trial Date
CASE NO. 07-02013

463901.01

1 | *Moore*

2 | Dated: 12/16/09

3 | /s/ Paul

4 | Paven Malhotra
  | *Attorney for Plaintiff Perkins*

## ORDER

PURSUANT TO THE ABOVE-STIPULATION, IT IS HEREBY ORDERED that the trial date originally set for December 14, 2009 is vacated and continued to June 7, 2010 ~~or to another date to be determined at a later time, that is mutually convenient to the Court and Counsel.~~

Dated:   1/11/10

/s/ Claudia Wilken
The Honorable Claudia Wilken
United States District Court Judge