KEKER & VAN NEST LLP
ASIM M. BHANSALI - #194925
PAVEN MALHOTRA - #258429
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
abhansali@kvn.com
pmalhotra@kvn.com

Attorneys for Plaintiff Reggie Perkins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Reggie Perkins,<br><br>                         Plaintiff,<br><br>v.<br><br>Contra Costa County Sheriff's Department J-Team, et al.,<br><br>                         Defendants. | Case No. C 07-02013 CW (PR)<br><br>**STIPULATED REQUEST AND ORDER SHORTENING TIME PURSUANT TO CIVIL LOCAL RULE 6-2 AS MODIFIED**<br><br>Judge:    Hon. Claudia Wilken<br><br>Date Comp. Filed:    April 10, 2007 |

## **STIPULATION**

Through stipulation, Counsel for Plaintiff and Defendants hereby request an order shortening the time for briefing and hearing on Plaintiff Reggie Perkins' Motion to Reopen Discovery (filed on January 20, 2010). All parties agree to the following schedule:

- Motion to Reopen Discovery filed January 20, 2010
- Opposition filed January 29, 2010 by 1 p.m.
- Reply filed February 1, 2010
- Hearing held on February 4, 2010

This stipulated request is supported by the Declaration of Paven Malhotra, attached

1

herein, which sets forth the information required by Local Rule 6-2.

Dated:                                               Dated:

Monika Cooper                              Timothy J. McDonough
*Attorney for Defendants Malone, Fuller, and Moore*       *Attorney for Defendant Renaud*

Dated:

Paven Malhotra
*Attorney for Plaintiff Perkins*

## ORDER

PURSUANT TO THE ABOVE-STIPULATION, IT IS HEREBY ORDERED that any opposition to Plaintiff Reggie Perkins' Motion to Reopen Discovery (filed on January 20, 2010) shall be filed by 1 p.m. on January 29, 2010, any reply brief shall be filed by February 1, 2010. **The matter will be decided on the papers.**

Dated: 1/22/10

*[signature]*

The Honorable Claudia Wilken
United States District Court Judge

2
Stipulated Request and [Proposed] Order re Shortening Time on Plaintiff's Motion to Reopen Discovery
CASE NO. 07-02013

465817.01