IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGGIE PERKINS,

     Plaintiff,

  v.

CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, et al.

     Defendants.
                                        /

No. 07-2013 CW

ORDER DENYING MOTION FOR REHEARING (Docket # 96)

    Plaintiff Reggie Perkins filed this civil rights action pro se. On January 11, 2010, the Court appointed counsel to represent Plaintiff. Counsel has filed a motion to reopen discovery, which the Court has granted. On February 11, 2010, Plaintiff, acting pro se, filed this motion for a rehearing of Defendants' motion for summary judgment under Rule 40. Plaintiff may not have been aware that he is now represented by counsel. This motion is denied. Plaintiff is represented by counsel and may not file motions pro se.

    IT IS SO ORDERED.

Dated February 25, 2010

CLAUDIA WILKEN
United States District Judge