IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REGGIE PERKINS,**<br><br>                    Plaintiff,<br><br>         v.<br><br>**CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT J-TEAM; SERGEANT M. MALONE, DEPUTIES K. WESTERMANN, R. ROBERTS, AND R. FULLER, DETECTIVE J. MOORE, A. GARIBAY AND LEIU AGENT G. RENAUD,,**<br><br>                    Defendants. | Case No. C 07-2013 CW<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF REGGIE PERKINS, CDCR No. J-24040** |

   Plaintiff, REGGIE PERKINS, CDCR No. J-24040, a necessary and material witness in proceedings in this case beginning on April 29, 2010, at 1:00 p.m., is confined at the California State Prison at Solano (Vacaville, CA) in the custody of the Warden. In order to secure this inmate's attendance at the settlement conference scheduled for April 29, 2010 at Courtroom D on the 15th Floor of the Phillip Burton Federal Building and U.S. Courthouse located at 450 Golden Gate Avenue, San Francisco, CA 94102, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of Reggie Perkins, CDCR No. J-24040, to produce said inmate at Courtroom D on the 15th Floor of the Phillip Burton Federal Building and

U.S. Courthouse located at 450 Golden Gate Avenue, San Francisco, CA 94102, the Honorable Nandor Vadas presiding, beginning on April 29, 2010, at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of the California State Prison at Solano and the California Department of Corrections and Rehabilitation to produce inmate REGGIE PERKINS, CDCR No. J-24040, for a settlement conference at Courtroom D on the 15th Floor of the Phillip Burton Federal Building and U.S. Courthouse located at 450 Golden Gate Avenue, San Francisco, CA 94102, at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to the California State Prison at Solano.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden of the California State Prison at Solano,

YOU ARE COMMANDED to produce inmate REGGIE PERKINS, CDCR No. J-24040, for a settlement conference at Courtroom D on the 15th Floor of the Phillip Burton Federal Building and U.S. Courthouse located at 450 Golden Gate Avenue, San Francisco, CA 94102 at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to the California State Prison at Solano.

///
///
///
///

FURTHER, you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: April 15, 2010

IT IS SO ORDERED

Judge Nandor J. Vadas

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

3

Order (C 07-2013 CW)