KEKER & VAN NEST LLP
ASIM M. BHANSALI - #194925
PAVEN MALHOTRA - #258429
CAITLIN E. BALES - #257739
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
abhansali@kvn.com
pmalhotra@kvn.com
cbales@kvn.com

Attorneys for Plaintiff
REGGIE PERKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REGGIE PERKINS,<br><br>         Plaintiff,<br><br> v.<br><br>CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT J-TEAM, et al.,<br><br>         Defendants. | Case No. C 07-02013 CW (PR)<br><br>**ORDER GRANTING PLAINTIFF REGGIE PERKINS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Claudia Wilken<br><br>Date Comp. Filed: April 10, 2007<br><br>Trial Date: June 7, 2010 |

486511.01

[PROPOSED] ORDER GRANTING PLAINTIFF REGGIE PERKINS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. C 07-02013 CW (PR)

1  The Court has carefully considered Plaintiff's Administrative Motion for an Order
2  Sealing the (1) Letter of Reprimand, dated April 17, 2006 (attached as Exhibit M to the
3  Declaration of Caitlin Bales in support of Plaintiff's Motion for Leave to File the Second
4  Amended Complaint), (2) portions of Memorandum in Support of Plaintiff's Motion for Leave to
5  File the Second Amended Complaint that discuss the Letter of Reprimand, and (3) portions of
6  Exhibit B to the Bales Declaration that also discuss the Letter of Reprimand.  With good cause
7  appearing therefore,
8  IT IS HEREBY ORDERED that the motion is GRANTED, and that the above-described
9  documents be filed under seal.
10  **IT IS SO ORDERED.**

12  Date: May 3, 2010

   _____
   HONORABLE CLAUDIA WILKEN
13  Northern District Court Judge

486511.01

1
[PROPOSED] ORDER GRANTING PLAINTIFF REGGIE PERKINS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. C 07-02013 CW (PR)