<div style="float:left">United States District Court<br>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE PERKINS,<br><br>    Plaintiff,<br><br>v<br><br>CONTRA COSTA COUNTY SHERIFF'S DEPT. J TEAM, et al.,<br><br>    Defendants. | Case No C 07-2013 CW (NJV)<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on April 29, 2010. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff's counsel, Pavel Malhotra and Asim Bhansali

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General, Tim McDonough

    ☒ Other: California Department of Corrections and Rehabilitation, Jason Gatchalian and Contra Costa County Counsel, Monika Cooper and Sharon Hymes-Offord, County Risk Manager

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☒ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date: 5/11/10

Nandor J Vadas
United States Magistrate Judge